IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| OLGA JANNETH PILATAXI PALTA, | |
| Petitioner, | 0:26-CV-928 |
| vs. | ORDER TO SHOW CAUSE |
| PAMELA BONDI, et al., | |
| Respondents. | |

The petitioner represents that she has been transported from Minnesota in violation of the Court's order to show cause (filing 4) and remains in government custody in Texas in violation of the Court's memorandum and opinion (filing 6) granting her petition for writ of habeas corpus. *See* filing 9; filing 10. Accordingly,

IT IS ORDERED:

1. The petitioner's motion for an order to show cause (filing 9) is granted.

2. The government shall, if it is not already doing so, **immediately** return the petitioner to the District of Minnesota, as required by the Court's previous order.

3. The government shall **immediately** release the petitioner upon return to the District of Minnesota.

4. The government shall file a status report on or before **5 p.m. on Wednesday, February 4, 2026**, explaining:

   a. The petitioner's current location, and the time at which the petitioner was transported there; and

   b. The government's efforts to return the petitioner to Minnesota as required by the Court's previous order.

5. Absent a response confirming the government's substantial compliance with this order, a hearing will be set and the Court will consider the full range of remedies at its disposal.

Dated this 3rd day of February, 2026.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge